Bradford J. Black (SBN 252031)
BRADFORD BLACK P.C.
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 813-6211
Facsimile:  (415) 813-6222
Email: bblack@bradfordblack.com

*Attorneys for Plaintiff*
CARDAUTH SOLUTIONS LLC

JONATHAN T. McMICHAEL
(CSB No. 304737)
jmcmichael@fenwick.com
FENWICK & WEST LLP
401 Union St., 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Facsimile:  (206) 389-4511

*Attorneys for Defendant*
YUBICO, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CARDAUTH SOLUTIONS LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>YUBICO, INC.,<br><br>                    Defendant. | Case No. 4:26-cv-03576-AMO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS AND CONTINUING HEARING**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff CardAuth Solutions LLC ("CardAuth") and Defendant Yubico, Inc. ("Yubico"), by and through their respective counsel of record, stipulate and request as follows:

WHEREAS, on June 26, 2026, Yubico filed its Motion to Dismiss Complaint. ECF No. 17.

WHEREAS, Yubico noticed the Motion for hearing on August 20, 2026 at 2:00 p.m.

WHEREAS, under Civil Local Rule 7-3(a), CardAuth's opposition to the Motion would be due on July 10, 2026, absent relief from the Court.

WHEREAS, under Federal Rule of Civil Procedure 15(a)(1)(B), CardAuth's deadline to amend its complaint as a matter of course would be July 17, 2026, absent written consent or leave of Court.

WHEREAS, lead counsel for CardAuth will be in Japan from June 29 through July 14, 2026 for previously scheduled international travel.

WHEREAS, the parties have met and conferred and agree that a two-week extension of CardAuth's response deadline, up to and including July 24, 2026, is appropriate.

WHEREAS, Yubico also consents to aligning the response deadline with the deadline for CardAuth to file an amended complaint under Federal Rule of Civil Procedure 15(a)(2) such that CardAuth may file an amended complaint on or before July 24, 2026, without prejudice to Yubico's right to challenge any amended complaint.

NOW, THEREFORE, subject to Court approval, the parties stipulate as follows:

1. CardAuth's deadline to oppose Yubico's Motion to Dismiss or file an amended complaint is extended to July 24, 2026.

2. If CardAuth files an opposition to the Motion, Yubico's reply shall be due August 14, 2026.

3. If CardAuth files an opposition to the Motion, the hearing on Yubico's Motion shall be continued from August 20, 2026 to September 24, 2026 at 2:00 p.m., or the Court's first available civil law-and-motion date thereafter.

4. If CardAuth files an amended complaint on or before July 24, 2026, Yubico's Motion to Dismiss shall be denied as moot without prejudice to Yubico filing a motion directed to

the amended complaint, the hearing on Yubico's Motion shall be vacated, and Yubico shall answer or otherwise respond to the amended complaint within 21 days after it is filed.

5. If CardAuth files an amended complaint, CardAuth will file any redline or comparison document required by the Court's Standing Order concurrently with the amended complaint.

6. Other than the deadlines and hearing date addressed above, this stipulation does not seek to modify any other deadline or case event.

Dated:  June 30, 2026                     Respectfully Submitted,

/s/ *Bradford J. Black*
Bradford J. Black

Bradford J. Black (SBN 252031)
BRADFORD BLACK P.C.
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 813-6211
Facsimile:  (415) 813-6222
Email: bblack@bradfordblack.com

*Attorneys for Plaintiff*
CARDAUTH SOLUTIONS LLC

/s/ *Jonathan T. McMichael*
Jonathan T. McMichael

JONATHAN T. McMICHAEL (CSB No. 304737)
jmcmichael@fenwick.com
FENWICK & WEST LLP
401 Union St., 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Facsimile:  (206) 389-4511

*Attorneys for Defendant*
YUBICO, INC.

## CERTIFICATION PURSUANT TO JUDGE MARTÍNEZ-OLGUÍN'S CIVIL STANDING ORDER

Pursuant to Judge Martínez-Olguín's Civil Standing Order, lead trial counsel certifies that he has personally verified the accuracy of any AI-generated content included in this filing.

Dated: June 30, 2026                    /s/ *Bradford J. Black*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order. Pursuant to Civil L.R. 5-1(i)(3), I, Bradford J. Black, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 30, 2026                    /s/ *Bradford J. Black*
                                        Bradford J. Black

[~~PROPOSED~~] ORDER

Having considered the stipulation and the accompanying declaration, and good cause appearing, the Court ORDERS as follows:

1. Plaintiff CardAuth Solutions LLC's deadline to oppose Defendant Yubico, Inc.'s Motion to Dismiss Complaint, ECF No. 17, or file an amended complaint is extended to July 24, 2026.

2. Yubico consents under Federal Rule of Civil Procedure 15(a)(2) to CardAuth filing an amended complaint on or before July 24, 2026, without prejudice to Yubico's right to challenge any amended complaint.

3. If CardAuth files an opposition to Yubico's Motion to Dismiss, Yubico's reply shall be due August 14, 2026.

4. If CardAuth files an opposition to Yubico's Motion to Dismiss, the hearing on the Motion is continued from August 20, 2026 to ~~September 24, 2026~~ **November 12, 2026** at 2:00 p.m., or such other date as the Court may order.

5. If CardAuth files an amended complaint on or before July 24, 2026, Yubico's Motion to Dismiss shall be denied as moot without prejudice to Yubico filing a motion directed to the amended complaint, the hearing on Yubico's Motion shall be vacated, and Yubico shall answer or otherwise respond to the amended complaint within 21 days after the amended complaint is filed.

6. This Order does not modify any other case deadline.

**IT IS SO ORDERED.**

Dated: _____7/1/2026_____

Hon.  Araceli Martínez-Olguín
United States District Judge